## IN THE UNTED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Companion Animal Hospital,<br><br>        Plaintiff,<br><br>vs.<br><br>Blais Microscope Company, LLC,<br><br>        Defendant. | CASE NO:<br><br>NOTICE OF REMOVAL |

## **NOTICE OF REMOVAL**

Defendant Blais Microscope Company, LLC removes to this Court the state court action described below:

    1.      On January 4, 2021, Plaintiff filed a complaint against Defendant in the Court of Common Pleas for Cuyahoga Count, Ohio, entitled *Companion Animal Hospital v. Blais Microscope Company, LLC,* Case Number CV 21 942532.

    2.      Defendant was served with summons on January 7, 2021. A copy of Plaintiff's summons and complaint are attached as Exhibits A and B.

    3.      According to 28 U.S.C. §1331, this Court has original subject-matter jurisdiction over Plaintiff's claim because it arises under the Constitution, laws, or treaties of the United States. Accordingly, Defendant may remove it to this Court under 28 U.S.C. § 1441.

    4.      Under 28 U.S.C. § 1446(b), Defendant's has timely filed its notice of removal.

WHEREFORE, Defendant Blais Microscope Company, LLC removes this action to the United States District Court for the Northern District of Ohio.

Dated: January 21, 2018

Respectfully submitted,
*/s/ Daniel R. Karon*
Daniel R. Karon (#0069394)
**KARON LLC**
700 West St. Clair Avenue
Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
Fax: 216.241.8175
Email: dkaron@karonllc.com