The Court approves stipulated dismissal with prejudice 7/22/2021.
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Companion Animal Hospital<br>*On behalf of itself and all those similarly situated.*<br><br>Plaintiff,<br><br>-vs-<br><br>Blais Microscope Company, LLC<br><br>Defendant. | CASE NO.: 1:21-CV-00188-JG<br><br>JUDGE JAMES S. GWIN<br><br><br><br>**STIPULATION OF DISMISSAL <u>*WITH* PREJUDICE</u>** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties that have appeared in the above-captioned matter hereby stipulate to the dismissal by Companion Animal Hospital of this action with prejudice and without costs or attorneys' fees to either party.

**Stipulated and Agreed As to Form and Substance:**

| | |
|---|---|
| FREDERICK & BARBER LLC | KARON LLC |
| */s/ Ronald I. Frederick*<br>Ronald I Frederick (0063609)<br>Michael L. Berler (#0085728)<br>Michael L. Fine (#0077131)<br>FREDERICK & BERLER, LLC<br>767 East 185th Street<br>Cleveland, OH 44119<br>Ph: 216.502.1055<br>Fx: 216.609.0750<br>Email: *ronf@clevelandconsumerlaw.com*<br><br>*Counsel for Plaintiff*<br>*Companion Animal Hospital* | */s/ Daniel R. Karon (per emailed consent)*<br>Daniel R. Karon (0069304)<br>KARON LLC<br>700 W. St. Clair Ave., Suite 200<br>Cleveland, Ohio 44114<br>Ph: 216.622.1851<br>Fx: 216.241.8175<br>Email: *dkaron@karonllc.com*<br><br>*Counsel for Defendant*<br>*Blais Microscope Co., LLC* |

1